## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TRISURA SPECIALTY INSURANCE COMPANY,** | § § § § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | **CIVIL ACTION NO. 4:24-cv-02328** |
| **AVALON OM SAI KATY HOTELS, LLC D/B/A LA QUINTA INN & SUITES** | § § § § | |
| **Defendant.** | § § | |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Trisura Specialty Insurance Company, Defendant Avalon OM Sai Katy Hotels, LLC d/b/a La Quinta Inn & Suites, and Intervenors R.P. and C.P., individually and as next friends of L.P., a minor, and show the Court as follows:

1.      The parties have compromised and settled their differences giving rise to this lawsuit.

2.      Accordingly, the parties ask that the Court enter an order dismissing this case with prejudice as to all claims and parties, with each party bearing its own costs and attorney fees.

3.      A proposed order is submitted herewith.

WHEREFORE, PREMISES CONSIDERED, the parties pray that their motion be granted, that this lawsuit be dismissed with prejudice, and for such other and further relief, both at law and in equity, as they may show themselves justly entitled and for which they shall ever pray.

Respectfully submitted,


*/s/ Lori Murphy*
Lori Murphy
State Bar No. 14701744
Southern District Bar No. 711885
lorim@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone:     214-665-0100
Facsimile:      214-665-0199

**ATTORNEYS FOR PLAINTIFF TRISURA
SPECIALTY INSURANCE COMPANY**


*/s/ Kelly Conklin*
Melissa Nicholson Sternfels
State Bar No. 24037181
Southern District Bar No. 38294
Melissa@CCSFirm.law
Telephone: 713.997.2397
Kelly Conklin
State Bar No. 00793540
Southern District Bar No.19309
Kelly@CCSFirm.law
Phone: 713.997.2405
CONKLIN COUNTISS STERNFELS, PLLC
933 Studewood, Unit B
Houston, Texas 77008
Phone: 713.997.2405

**ATTORNEYS FOR DEFENDANT AVALON
OM SAI KATY HOTELS, LLC D/B/A LA
QUINTA INN AND SUITES**

*/s/ Mark B. Levin*
Mark B. Levin
State Bar No. 12254020
Southern District Bar No. 10202
Mark@attorneybrianwhite.com
ATTORNEY BRIAN WHITE & ASSOCIATES
3120 Southwest Freeway, Suite 300
Houston, Texas 77098
Telephone:　　(713) 500-5000
Facsimile:　　(713) 500-5555

**ATTORNEYS FOR INTERVENORS**
**R.P. and C.P., individually and as next friends**
**of L.P., a minor**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure this 27th day of July, 2026.

*/s/ Lori Murphy*
Lori Murphy